### THE PEOPLE *v.* VÉLEZ.

APPEAL from the District Court of Mayagüez.

No. 97.—Decided October 29, 1907.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERRORS.—Where there is no bill of exceptions or statement of facts, and it not appearing from the record that any error whatever has been committed which would warrant the reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.
*Mr.Rossy, fiscal,* for respondent.
The appellant did not appear.

MR. JUSTICE FIGUERAS delivered the opinion of the court.

This case originated in the Municipal Court of San Germán and thence when on appeal taken by the defendant Esmeraldo Vélez, to the District Court of Mayagüez. Upon a trial having been held in the latter court he was found guilty of a crime against the electoral franchise and was sentenced on February 1, 1907, to pay a fine of $50, or in default thereof, to suffer imprisonment for one month, and to pay the costs.

An appeal was also taken from this judgment. But no bill of exceptions, statement of facts, or even a brief, has been filed in this Supreme Court.

The judgment conforms to the provisions of section 322 of the Code of. Criminal Procedure, and the record does not show that any material error has been committed.

For this reason the judgment appealed from should be affirmed, with the costs of the appeal against the appellant.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, MacLeary and Wolf concurred.